United States District Court
Southern District of Texas
**ENTERED**
July 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO SNOWBALL-PADRON, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. B-16-015 |
| | § | (CRIMINAL NO. B-14-656-1) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

On June 24, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 6]. Petitioner has objected [Doc. No. 9] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Report and Recommendation [Doc. No. 6]. Therefore, Petitioner Jose Alfredo Snowball-Padron's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied and the issuance of a Certificate of Appealability is denied.

Signed this 28th day of July, 2016.

Andrew S. Hanen
United States District Judge